FILED
CLERK, U.S. DISTRICT COURT

APR 2 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TODD, | NO. CV 08-7975-SGL(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| MR. STEVE'S PAWN SHOP, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: _____4 - 20_____, 2009.


_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE